In the Matter of JAMES P. GREGORA et al., Petitioners, against JOHN J. BUETTNER et al., Constituting the Onondaga County Alcoholic Beverage Control Board, et al., Respondents.— Determination confirmed, without costs. All concur. (Review of determination of defendants in refusing to issue a liquor license.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HORTON, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of violation of section 2460 of the Penal Law.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

In the Matter of EARL B. LESHER, as Executor of GEORGE B. LESHER, Deceased, Appellant. LOUISE NEWTON, Respondent.— Decree reversed on the law and facts and a new hearing granted, without costs of this appeal to any party. Memorandum: The Surrogate erred in refusing to permit counsel for the respondent to cross-examine the witness Taylor relative to the retraction of the testimony which she had given on her direct examination. The Surrogate also erred in excluding the affidavit of the witness La Barge wherein he retracted, in part, the testimony which he had given on his direct examination. Counsel should have been permitted to examine and cross-examine those witnesses fully as to the facts relating to any material change in their testimony. Without a full disclosure of the facts, the Surrogate was in no position to determine what weight, if any, should be given to their testimony. All concur. (The decree adjudges respondent to have title to certain personal property and dismisses the petition on the merits.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

JAMES BIGGAR, Respondent, v. SIDNEY M. MICHAEL, Appellant, and JOHN G. BYRNE, Respondent.— Judgment affirmed, with costs. All concur. (The judgment requires defendant Michael to sign a certain certificate of stock.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See *post,* p. 924.]